USDC SCAN INDEX SHEET

















CAG   2/13/04   8:56

3:03-CV-02276   MESROBIAN V. RIDGE

*14*

*CLKJGM.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE                Case Number: 3:03-cv-02276

Sevak Mesrobian - PLAINTIFF

v.

Tom Ridge, et al. - DEFENDANTS

FILED
FEB 13 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

___ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   DECISION BY COURT. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT Court grants Petitioner's petition for writ of habeas corpus and orders Respondents to release Petition from custody under the conditions of custody set forth in 8 U.S.C. 1231(a)(3).............................

2/13/04                                 W. Samuel Hamrick, Jr.
_____                               _____
Date                                         . Clerk

                                        by C. Gunter, Deputy Clerk
                                        Entered on 2/13/04

                                        pre - Keep
                                        ref - Stormes

14